UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-440-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TRAVIS LEE ASHFORD | |

This matter is before the court on defendant's unopposed motion to continue arraignment and for leave for defendant to appear by videoconference. Defense counsel represents that she has consulted with defendant and he consents to proceeding with his arraignment by videoconference. Because defendant is hospitalized and due to his health conditions, it would be potentially dangerous for defendant to appear in person, the court finds that arraignment cannot be further delayed without serious harm to the interests of justice. For good cause shown, the motion is ALLOWED. Arraignment is CONTINUED to 17 May 2021. The court finds that the ends of justice served by continuance outweigh the best interest of the public and defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A). Defense counsel is DIRECTED to coordinate defendant's appearance by videoconference with Glenna

Falk, the court's Information Technology Administrator.

This 6 May 2021.

                                              W. Earl Britt
                                              Senior U.S. District Judge